# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES BRAY,<br><br>                              Plaintiff,<br>vs.<br>LOWE'S COMPANIES, INC., dba LOWE'S COMPANIES, LLC, dba LOWE'S HIW, INC., Lowe's HIW, Inc., and DOES 1 to 30,<br><br>                              Defendant. | CASE NO. 06cv2759 WQH (BLM)<br><br>**ORDER** |

HAYES, Judge:

    The joint motion of the parties to dismiss all claims against Defendant Lowe's Companies, Inc. dba Lowe's Companies, LLC. dba Lowe's HIW, Inc. (Doc. # 28) is **GRANTED.** The Complaint (Doc. # 1) against Defendant Lowe's Companies, Inc. dba Lowe's Companies, LLC. dba Lowe's HIW, Inc. only is **DISMISSED with prejudice.** Each party shall bear its own fees and costs.

DATED:  December 12, 2007

*/s/ William Q. Hayes*
**WILLIAM Q. HAYES**
United States District Judge