UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES BRAY, | ) Case No. 06cv2759-WQH (BLM) |
| | ) |
| Plaintiff, | ) **ORDER GRANTING MOTION FOR** |
| v. | ) **APPEARANCE BY THIRD-PARTY** |
| | ) **ADMINISTRATOR** |
| LOWE'S COMPANIES, INC., d/b/a | ) |
| LOWE'S COMPANIES, LLC, d/b/a | ) |
| LOWE'S HIW, INC., and DOES 1 to | ) |
| 30, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |
| | ) |
| AND RELATED CROSS-CLAIMS | ) |
| _____ | ) |

///
///
///
///
///
///
///
///
///

On February 25, 2008, Defendant/Cross-Complainant Lowe's HIW, Inc. requested permission for a third-party administrator to appear on their behalf at an upcoming settlement conference. Doc. No. 35. Defendant/Cross-Complainant stated that the administrator, Specialty Risk Services, would be "provided with full settlement authority." Id. This motion is hereby **GRANTED**. A Specialty Risk Services representative may appear on behalf of Lowe's HIW, Inc. at the February 29, 2008 Mandatory Settlement Conference.

**IT IS SO ORDERED.**

DATED: February 26, 2008

BARBARA L. MAJOR
United States Magistrate Judge

COPY TO:

HONORABLE WILLIAM Q. HAYES
U.S. DISTRICT JUDGE

ALL COUNSEL