FILED

2008 APR -3  PM 4:29

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES BRAY,<br><br>                                   Plaintiff,<br>vs.<br>LOWE'S COMPANIES, INC., dba LOWE'S COMPANIES, LLC, dba LOWE'S HIW, INC. and DOES 1 to 30,<br><br>                                   Defendants.<br><br>LOWE'S COMPANIES, INC., dba LOWE'S COMPANIES, LLC, dba LOWE'S HIW, INC. and DOES 1 to 30,<br><br>                                   Third-Party Plaintiffs,<br>vs.<br>THE QUIKRETE COMPANIES, INC. and DOES 1 through 50, inclusive<br><br>                                   Third-Party Defendants. | CASE NO. 06cv2759 WQH (BLM)<br><br>**ORDER** |

HAYES, Judge:

The Joint Motion to Dismiss (Doc. # 39) is **GRANTED.** The above-captioned action is **DISMISSED with prejudice.** Each party shall bear their own costs and fees.

DATED: 4/3/08

_____
WILLIAM Q. HAYES
United States District Judge